**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CHADWICK HINES, individually and on behalf of similarly situated persons, | ) ) ) | |
| | ) | Case No. 1:15-cv-00828-LMM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| COWABUNGA, INC., et al., | ) ) | |
| Defendants. | ) | |

**ORDER CONFIRMING ARBITRATION AWARD AND**
**<u>DISMISSING ACTION WITH PREJUDICE</u>**

This matter came before the Court on Plaintiff Chadwick Hines' Unopposed Motion to Re-Open Case and Confirm Arbitration Award (Doc. 14). Having received and considered the Motion and supporting papers filed by Plaintiff and heard the Parties during a telephone conference, the Court re-opened this case for purposes of reviewing the Parties' arbitration award and HEREBY MAKES THE FOLLOWING DETERMINATIONS:

1. On August 19, 2016, after a hearing on the fairness and reasonableness of the settlement and its terms, Arbitrator Bruce Bennett entered a final award granting approval of the settlement and dismissing the arbitration with prejudice ("Final Award"). (Doc. 14-4).

2. The Court confirms the findings in Arbitrator Bennett's Final Award and

1

independently approves the settlement, including that:

    a.    The settlement was reached after litigation of a *bona fide* dispute and as a result of arms-length negotiations;

    b.    The settlement is fair, adequate, reasonable, and in the best interest of the Parties;

    c.    The settlement satisfies all fairness and adequacy factors regarding resolution of claims under the FLSA;

    d.    Plaintiff's requested amount for attorneys' fees and costs is fair and reasonable;

    e.    The service award to Mr. Hines is fair and reasonable; and

    f.    The gross settlement amount should be disbursed to the Plaintiffs as set forth in the Parties' settlement agreement.

3.  FINAL JUDGMENT is hereby ENTERED, DISMISSING WITH PREJUDICE the above-captioned action and the released claims of all Plaintiffs. This constitutes a final judgment under the Federal Rules of Civil Procedure.

4.  The Court DIRECTS the ENTRY OF JUDGMENT on all issues in this Final Judgment. The Clerk is instructed to the close this case.

Dated this 20th day of September, 2016

Hon. Leigh Martin May
United States District Judge